UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*In Re:*

Chapter 13
Case No. 19-33858-SGJ-13

JAMES CARY MCCOLLUM, **Debtor,**
TRUMAN CAPITAL ADVISORS, **Creditor,**

---

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to

Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and

Demand for Service of Papers as Counsel for TRUMAN CAPITAL ADVISORS, party in

interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in

any cases consolidated herewith, and all papers served or required to be served in this case and

in any cases consolidated herewith, be given to and served upon the undersigned attorneys at

the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

This request encompasses all notices and pleadings including, without limitation,

notices of any orders, motions, pleadings or requests, formal or informal applications,

disclosure statement or plan of reorganization or any other documents brought before this

Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for  TRUMAN CAPITAL ADVISORS with any summons and complaint or any service of

process under Bankruptcy Rule 7001, et. seq.  The undersigned firm will not accept service of

process in any adversary case for TRUMAN CAPITAL ADVISORS.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that

the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list

of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ ABBEY U DREHER_____11/26/2019
ABBEY U DREHER
TX NO. 24051459
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2019, a true and correct copy of the Notice of

Appearance and Request for Duplicate Notice was served via electronic means as listed on the

Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ ABBEY U DREHER_____   11/26/2019
     ABBEY U DREHER
     TX NO. 24051459
     4004 Belt Line Rd Ste. 100
     ADDISON, TX 75001
     Telephone: (972) 386-5040
     Facsimile: (972) 661-7725
     E-mail:  NDECF@BDFGROUP.COM
     ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
JAMES CARY MCCOLLUM
2717 YORKSHIRE STREET
IRVING, TX 75061

**DEBTOR'S ATTORNEY:**
RICHARD D. KINKADE
2121 W. AIRPORT FRWY., STE 400
IRVING, TX  75062

**TRUSTEE:**
THOMAS POWERS
105 DECKER COURT
SUITE 1150
IRVING, TX  75062