BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE RD. SUITE 100
ADDISON, TX 75001
(972) 386-5040

BDFTE#0000008735938

ATTORNEYS FOR US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-33858-SGJ-13 |
| | § | |
| JAMES CARY MCCOLLUM, | § | CHAPTER 13 |
| DEBTOR, | § | |
| | § | |
| | § | |
| | § | |
| US Bank National Association as Legal | § | A Hearing on the Motion to Annul |
| Title Trustee for Truman 2016 SC6 Title | § | *Ab Initio* the Automatic Stay set: |
| Trust, | § | |
| MOVANT, | § | January 30, 2020 at 1:30 pm |
| | § | |
| v. | § | |
| | § | |
| JAMES CARY MCCOLLUM, Debtor; and | § | |
| FRANK D. MCCOLLUM, III, Co-Debtor; | § | |
| and THOMAS POWERS, Trustee; | § | |
| RESPONDENTS, | § | JUDGE STACEY G. JERNIGAN |

**AFFIDAVIT OF ABBEY U. DREHER FOR US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

PAUL KIM being duly sworn according to law, deposes and says the following:

1. My name is ABBEY U. DREHER. I am over the age of eighteen (18) and am an attorney with BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, L.L.P. The affidavit is based upon information which I have personal knowledge and is true and correct.

2. That a review of the real property records revealed THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST was the Owner of the Note and Deed of Trust

executed by Frank D. McCollum, III in the original amount of ONE HUNDRED SIXTY-TWO THOUSAND DOLLARS AND ZERO CENTS ($162,000.00).

3. The payment of the Note was secured by a first lien Deed of Trust on real property located at 2717 Yorkshire Street, Irving, TX 75061.

4. THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST engaged counsel to post the subject real estate for foreclosure sale and Shelley Ortolani, as Substitute Trustee, conducted a foreclosure sale upon the property on August 2, 2011, as evidenced by the exhibits attached to the Motion to Annul the Automatic Stay Ab Initio and Proceed with Eviction. The property was sold at foreclosure sale for EIGHTY-TWO THOUSAND DOLLARS AND ZERO CENTS ($82,000.00) to THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST.

5. According to the Affidavit of Susan Smothers, filed in the Dallas County Property records along with the Substitute Trustee Deed, counsel for THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST fully and properly complied with the requirements of Texas state law with respect to the foreclosure of the real property.

6. Further review of the property records show that on June 12, 2017 a quitclaim deed was recorded transferring the property from THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST by Seneca Mortgage Servicing (Formerly AMS Servicing LLC) Its Attorney-In-Fact to Altisource Residential, L.P. and on April 11, 2019 a Special Warranty Deed was recorded transferring the property from Altisource Residential, L.P. to U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST (hereinafter "Movant"), as evidenced by the exhibits attached to the Motion to Annul the Automatic Stay Ab Initio and Proceed with Eviction.

ABBEY U. DREHER

Subscribed and sworn to before me the undersigned authority on this 2nd day of
January_____, 2020.

PETER MURTAUGH
ID # 131001921
Notary Public, State of Texas
My Commission Expires
02/13/2021

Notary Public in and for
the State of TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit was electronically filed and served on January 2, 2020 Electronically or by Regular First Class U.S. Mail, postage paid, in accordance with the Bankruptcy Rules to the following:

**ELECTRONICALLY OR BY REGULAR FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

/s/ *Abbey U. Dreher*
ABBEY U. DREHER
TBA NO. 24051459

Debtor:
**James Cary McCollum**
2717 Yorkshire Street
Irving, TX 75061

Co-Debtor:
**Frank D. McCollum, III**
TDCJ Number: 02021347
Terrell Unit
1300 FM 655
Rosharon, TX 77583

Debtor's Attorney:
**Richard D. Kinkade**
2121 W. Airport Frwy.
Suite 400
Irving, TX 75062

Trustee:
**Thomas Powers**
105 Decker Court, Ste 1150
Irving, TX 75062

**U.S. Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202